**DISMISS and Opinion Filed October 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00960-CV**

**LYNNETTE EDIC, Appellant**
**V.**
**TERESA ARIAZ, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17741**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

The clerk's record in this case is past due. By letter dated October 8, 2019, we informed appellant that the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that the failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed, and appellant has failed to provide the required documentation or otherwise correspond with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190960F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LYNNETTE EDIC, Appellant

No. 05-19-00960-CV     V.

TERESA ARIAZ, Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-17741.
Opinion delivered by Chief Justice Burns, Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee TERESA ARIAZ recover her costs of this appeal from appellant LYNNETTE EDIC.

Judgment entered October 30, 2019

–2–